UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

ADRIAN L. PITTMAN

CRIMINAL ACTION

NO. 10-128-BAJ-CN

## ORDER

In consideration of the foregoing motion by defendant, Adrian L. Pittman, to declare 18 U.S.C. § 922(g)(1) unconstitutional, and to dismiss count one of the indictment (doc. 17):

The Fifth Circuit has held that "the constitutionality of 18 U.S.C. § 922(g)(1) is not open to question and that evidence showing that a firearm was manufactured outside of the state in which it was possessed was sufficient to support a conviction." *U.S. v. Mata*, 491 F.3d 237, 245 (5th Cir. 2007) *quoting* *U.S. v. Daugherty,* 264 F.3d 513, 518 (5th Cir. 2001), cert. den., 534 U.S. 1150, 122 S.Ct. 1113 (2002).

Accordingly, defendant's motion is hereby **DENIED**.

Baton Rouge, Louisiana, November 19 2010.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA